RECEIVED
JAN - 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| MONA ARCENEAUX, ET AL | * | CIVIL NO. 12-2349 |
| VERSUS | * | JUDGE DOHERTY |
| MIDSOUTH BANK N A | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for Partial Dismissal of Plaintiff's Original and First Amended Petition Pursuant to Federal Rule of Civil Procedure 12(b)(b) filed by defendant, MidSouth Bank [rec. doc. 8], is **GRANTED**, and that plaintiff's claims for infliction of emotional distress, defamation, and violations of Title VII of the Civil Rights Act, 42 U.S.C. § 2000 *et seq.*, are **DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana, this 2 day of January, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE